UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

Name of Offender: **Nicholaus Narramore**                              Docket Number: **2:15-CR-00143-001-RJS**

Name of Sentencing Judicial Officer:     **Honorable William J. Haynes, Jr.**
**U.S. District Judge**
**Middle District of Tennessee**

Name of Assigned Judicial Officer:       **Honorable Robert J. Shelby**
**U.S. District Judge**
(Transfer of Jurisdiction accepted on March 16, 2015)

Date of Original Sentence: **March 30, 2012**

Original Offense: Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Marijuana

Original Sentence: 60 Months BOP Custody/48 Months Supervised Release

Type of Supervision: **Supervised Release**                Supervision Began: **December 12, 2014**

## SUPERVISION SUMMARY

On April 2, 2015, a supervision summary report was submitted to Your Honor, notifying the Court the defendant was charged with a misdemeanor assault charge. It was recommended that no action be taken until his case was adjudicated. On August 27, 2015, the case was formally dismissed in Fourth District Court. It is respectfully recommended that no formal action be taken and the defendant continue on supervision as originally ordered.

PROB 12A  
D/UT 06/15

Nicholaus Narramore  
2:15-CR-00143-001-RJS

If the Court desires more information or another course of action, please contact me at 801-535-2778.

I declare under penalty of perjury that the foregoing is true and correct.

by Greg Petersen  
U.S. Probation Officer  
Date: September 2, 2015

**THE COURT:**

☒ Approves the request noted above  
☐ Denies the request noted above  
☐ Other

Honorable Robert J. Shelby  
United States District Judge

Date: 07 Sept. '15